

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00099-CR

**JACKY RAY REDFORD,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 45462CR

## MEMORANDUM  OPINION

Jacky Ray Redford appeals from the judgment of conviction and sentence rendered against him on or about February 11, 2020.  Redford, however, has waived the right of appeal, and the trial court's certification of his right of appeal, which Redford and his counsel signed, indicates that Redford has waived his right of appeal.  Accordingly, this appeal must be dismissed.  *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see* TEX. R. APP. P. 25.2(d).

Notwithstanding that we are dismissing this appeal, Redford may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Redford desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

For the reasons stated, this appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed March 23, 2020
Do not publish
[CRPM]

